**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7048**

---

SAMUEL ALS,

                                  Plaintiff - Appellant,

      versus

N. C. WELLS; CITY OF NEWPORT NEWS,

                               Defendants - Appellees,

      and

J. A. CAREY, former Chief of Police for the
City of Newport News, Virginia; BARRY E.
DUVAL, Mayor of the City of Newport News,
Virginia,

                                      Defendants.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, District Judge; David G. Lowe, Magistrate Judge.  (CA-95-65)

---

Submitted:  February 13, 1997      Decided:  March 4, 1997

---

Before WIDENER and HAMILTON, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Samuel Als, Appellant Pro Se.  Timothy Michael Kaine, MEZZULLO & MCCANDLISH, P.C., Richmond, Virginia; Allen Link Jackson, Deputy City Attorney, Newport News, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's order denying his motion for a subpoena duces tecum. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED